# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

———————

No. 11-2935

———————

| | | |
|---|---|---|
| Javier Enrique Vega Guerrero, | * | |
| | * | |
| Petitioner, | * | |
| | * | Petition for Review of an |
| v. | * | Order of the |
| | * | Board of Immigration Appeals. |
| Eric H. Holder, Jr., Attorney General | * | |
| of the United States, | * | [UNPUBLISHED] |
| | * | |
| Respondent. | * | |

———————

Submitted: March 30, 2012
Filed: May 11, 2012

———————

Before WOLLMAN, MELLOY, and SMITH, Circuit Judges.

———————

PER CURIAM.

Honduran citizen Javier Enrique Vega Guerrero petitions for review of an order of the Board of Immigration Appeals (BIA), which dismissed his claim of ineffective assistance of counsel and affirmed an immigration judge's denial of asylum and withholding of removal.

We lack jurisdiction to review determinations regarding the untimeliness of Guerrero's asylum application or the absence of changed or extraordinary circumstances to excuse his untimely filing. See 8 U.S.C. § 1158(a)(3) (no court shall have jurisdiction to review any determination regarding untimeliness of asylum

application); <u>Ngure v. Ashcroft</u>, 367 F.3d 975, 989 (8th Cir.2004) (court cannot review finding that alien did not show changed or extraordinary circumstances relating to delay in filing asylum application).

Having carefully reviewed the record before us, we conclude that substantial evidence supports the denial of withholding of removal, <u>see</u> <u>Wijono v. Gonzales</u>, 439 F.3d 868, 872 (8th Cir. 2006) (standard of review), and that the BIA did not abuse its discretion in dismissing Guerrero's claim of ineffective assistance of counsel, <u>see</u> <u>Habchy v. Gonzales</u>, 471 F.3d 858, 863-64 (8th Cir. 2006) (no abuse of discretion in requiring substantial compliance with requirements of <u>Matter of Lozada</u>, 19 I. & N. Dec. 637, 639 (BIA 1988)).

Accordingly, we deny the petition.  <u>See</u> 8th Cir. R. 47B.

_____